```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                        FORT PIERCE DIVISION
                   CASE NO. 04-14054-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

TIMOTHY COZART STIERS,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on March 24, 2011.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on January 25, 2013. A Report and Recommendation on Defendant's admissions to the violations set forth in the Petition for Violation of Supervised Release was filed on January 25, 2013. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a _de novo_ review of the entire file, Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of February, 2013.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE


Copied: Magistrate Judge Frank J. Lynch
		Michael McMichaels, AUSA
		Fletcher Peacock, AFPD